UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY, WATERLOO RAILWAY COMPANY, and TWIN RIVERS PAPER COMPANY, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 1:10-cv-00452-JAW |
| v. | ) ) | |
| MONTREAL, MAINE & ATLANTIC RAILWAY, LTD., | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(2), Plaintiffs Canadian National Railway Co. and Waterloo Railway Co. (collectively, "CN"), and Intervenor-Plaintiff Twin Rivers Paper Co. ("Twin Rivers") (all collectively, "Plaintiffs") hereby move jointly for dismissal of the above-captioned action without prejudice. As grounds therefor, Plaintiffs state that, in light of the Court's April 1, 2011 Order denying their Motion for Preliminary Injunction (the "April 1 Order"), they do not wish to continue to litigate this matter at the present time. While Plaintiffs believe that substantial grounds exist that could lead to an outcome different than that outlined in the April 1 Order, they respectfully assert that all parties' resources would be better allocated to pursuing business solutions to the problems that underlie this litigation. Likewise, the resources of the Court are not best allocated to a case that Plaintiffs do not wish to continue to litigate at this time.

The plain language of Rule 41(a)(2) establishes that a dismissal under the rule is presumptively without prejudice. There is no reason to depart from that presumption in the present case, where dismissal without prejudice would further the interests of efficiency and judicial economy while recognizing that Plaintiffs should neither be bound

forevermore by a preliminary decision reached on an abbreviated record, nor forced to litigate immediately on issues that may better be resolved outside of court.  It is in no party's interest to spend large sums of money and time litigating a case that Plaintiffs do not wish to pursue now—and may well wish never to pursue again.

At this early stage of the case, dismissal without prejudice is proper.  Although each of the parties has gone to significant effort and expense in connection with the Motion for Preliminary Injunction, this case remains in its infancy.  The parties have engaged only in preliminary (and extremely abbreviated) discovery for the exclusive purpose of addressing the Motion for Preliminary Injunction.  Indeed, the Court has not yet entered a scheduling order, nor has it set a trial date.  Rather than waste the Court's and the parties' resources by continuing in an adversarial litigation posture, Plaintiffs submit that the parties can more efficiently focus their efforts on finding a lasting business solution.

Accordingly, Plaintiffs respectfully request that the Court order this case dismissed without prejudice pursuant to Rule 41(a)(2).

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| CANADIAN NATIONAL RAILWAY CO. and WATERLOO RAILWAY CO. | TWIN RIVERS PAPER CO., |
| By their attorneys, | By its attorneys, |
| /s/ Daniel L. Rosenthal<br>George J. Marcus<br>Daniel L. Rosenthal<br>MARCUS, CLEGG & MISTRETTA, PA<br>One Canal Plaza, Suite 600<br>Portland, ME 04101-4035<br>(207) 828-8000 | /s/ William D. Hagedorn<br>William D. Hagedorn<br>Steven A. Hudson<br>PRETI, FLAHERTY, BELIVEAU &<br>PACHIOS LLP<br>One City Center<br>Portland, ME 04101 |

| | |
|---|---|
| (207) 773-3210 (fax) | (207) 791-3000 |
| gmarcus@mcm-law.com | (207) 791-3111 (fax) |
| drosenthal@mcm-law.com | whagedorn@preti.com |
| | shudson@preti.com |
| | |
| Dated: May 9, 2011 | Dated: May 9, 2011 |

**CERTIFICATE OF SERVICE**

      I, Jean M. Dunphy, hereby certify that I am over eighteen years old and caused a true and correct copy of the above document to be served upon the below parties via electronic mail and U.S. Mail upon the parties and at the addresses set forth below on the 9th day of May, 2011.

                                /s/ Jean M. Dunphy
                                Jean M. Dunphy
                                Legal Assistant

**I.**     **Mailing Information for a Case 1:10-cv-00452-JAW**

    **A.**     **Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **JONATHAN S. R. BEAL**
  jbeal@maine.rr.com,esmaclean@maine.rr.com
- **ANTHONY W. BUXTON**
  abuxton@preti.com
- **KEITH E. GLIDDEN**
  kglidden@verrilldana.com
- **JAMES G. GOGGIN**
  jgoggin@verrilldana.com,ssass@verrilldana.com
- **WILLIAM D. HAGEDORN**
  whagedorn@preti.com,chaskell@preti.com,lsolisfarias@preti.com
- **SARA ELIZABETH HIRSHON**
  shirshon@verrilldana.com,ssass@verrilldana.com
- **JAMES E. HOWARD**
  jim@jehowardlaw.com
- **STEVEN A. HUDSON**
  shudson@preti.com
- **THOMAS J. LITWILER**
  tlitwiler@fletcher-sippel.com
- **GEORGE J. MARCUS**
  federalcourt@mcm-law.com
- **DANIEL L. ROSENTHAL**
  drosenthal@mcm-law.com,federalcourt@mcm-law.com
- **TIMOTHY R. SHANNON**
  tshannon@verrilldana.com,jharrell@verrilldana.com,jgoggin@verrilldana.com,kglidden@verrilldana.com,rmorrill@verrilldana.com,jim@jehowardlaw.com,ehanson@verrilldana.com
- **WILLIAM C. SIPPEL**
  wsippel@fletcher-sippel.com

### B.     Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`